Nathan Poston
Federal Defenders of Eastern Washington and Idaho
601 West Riverside Ave., Suite 900
Spokane, Washington 99201
(509) 624-7606

Attorneys for the Defendant

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON
The Honorable MARY K. DIMKE

| | |
|---|---|
| United States of America,<br><br>              Plaintiff,<br><br>    v.<br><br>Michael Andrews,<br><br>              Defendant. | No.  2:24-cr-00139-MKD-1<br><br>Notice of Expert Testimony |

1

Mr. Andrews submits the following notice pursuant to Federal Rule of Procedure 16(b)(1)(C).

This notice conveys Mr. Andrews intent to use expert testimony from Dr. Jennifer Stankus on the subjects of traumatic injuries o to blunt and penetrating trauma, blunt force injuries, and traumatic injuries as they relate to the allegations made in this case.

Dr. Stankus's expertise is derived from her experience as a board-certified emergency room doctor with extensive experience in injury assessment, trauma care, military trauma, and pathophysiology.  That experience is supplemented by her experience as clinical faculty at the Madigan Emergency Medicine Residency Training Program where she teaches US Army Physicians that are training to become emergency physicians.  In addition to her background as a physician, she also has experience as law enforcement officer and enlisted service member of the Naval Reserves.  This experience supplements her work both experience and common knowledge it relates to firearms.

Defense Counsel intends to examine Dr. Stankus about bases and reasons supporting her opinions as well as the full extent of her background.

Defense Counsel has attached the following as exhibits

- Report of Dr. Stankus dated 6/6/25

- CV of Dr. Stankus

- List of cases involving testimony

If the Government believes this notice is insufficient, Defense Counsel requests the

Government contact it and seek to resolve any issues prior to trial or litigation.

Mr. Andrews reserves the right to supplement this notice as necessary prior to trial.

Dated:   June 13, 2025

Respectfully Submitted,

S/Nathan Poston
Attorneys for Mr. Andrews
Federal Defenders of
Eastern Washington and Idaho
601 West Riverside Ave., Suite 900
Spokane, Washington 99201
(509) 624-7606
(509) 747-3539
Email:  nathan_poston@fd.org

3

## CERTIFICATE OF SERVICE

I hereby certify that on June 13, 2025, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System which will send notification of such filing to the following: Michael Ellis, Assistant United States Attorney.

<u>S/Nathan Poston</u>
Attorneys for Mr. Andrews
Federal Defenders of
Eastern Washington and Idaho
601 West Riverside Ave., Suite 900
Spokane, Washington 99201
(509) 624-7606
(509) 747-3539
Email:  nathan_poston@fd.org

4