FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

May 27, 2026

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>MICHAEL JAMES ANDREWS,<br><br>Defendant. | No. 2:24-CR-00139-MKD<br><br>ORDER DENYING DEFENDANT'S MOTION FOR NEW TRIAL<br><br>**ECF No. 181** |

Before the Court is Defendant's Motion and Memorandum for New Trial. ECF No. 181.  On May 26, 2026, the Court held a hearing on the motion.  ECF No. 188.  Defendant appeared in custody and was represented by Douglas Phelps. Michael Ellis and Michael Vander Giessen represented the United States.

The Court has heard from the parties, reviewed the record, and is fully informed.  For the reasons stated on the record, the Court denies the motion for judgment of acquittal and/or a new trial.

Accordingly, **IT IS ORDERED:**

1. Defendant's Motion and Memorandum for New Trial, **ECF No. 181**, is **DENIED**.

ORDER - 1

**IT IS SO ORDERED.**  The Clerk's Office is directed to enter this Order and provide copies to counsel, the U.S. Probation Office, and the U.S. Marshals Service.

DATED May 27, 2026.

_s/Mary K. Dimke_
MARY K. DIMKE
UNITED STATES DISTRICT JUDGE

ORDER - 2